UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGBY ADLER GROUP, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>MERCEDES-BENZ U.S.A., LLC,<br><br>       Defendant. | Case No. 14-cv-02349-TEH<br><br>**ORDER GRANTING IN PART REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties' stipulation regarding an amended complaint and request to continue the initial case management conference ("CMC") is GRANTED IN PART.  Pursuant to the parties' stipulation, Plaintiff shall file its first amended complaint ("FAC") on or before **July 11, 2014**, and Defendant shall have until **August 11, 2014**, to file its response. Because it is not clear whether Defendant will answer or file a motion, the Court finds the requested November CMC date to be too far in the future.  Instead, the initial CMC is continued to **August 25, 2014, at 1:30 PM**.  The parties shall file a joint CMC statement on or before **August 18, 2014**.  If Defendant files a motion in response to the FAC, the Court will entertain a renewed stipulated request to alter the standard briefing schedule and continue the CMC.

**IT IS SO ORDERED.**

Dated:   06/02/14                              _____
                                               THELTON E. HENDERSON
                                               United States District Judge