1  Troy M. Yoshino, Bar No. 197850
     tyoshino@cbmlaw.com
2  Eric J. Knapp, Bar No. 214352
     eknapp@cbmlaw.com
3  Steven E. Swaney, Bar No. 221437
     sswaney@cbmlaw.com
4  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
5  44 Montgomery Street, Suite 400
   San Francisco, California 94104
6  Telephone:   415.989.5900
   Facsimile:    415.989.0932

Attorneys for Defendant
MERCEDES-BENZ U.S.A., LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DIGBY ADLER GROUP, LLC, dba BANDAGO LLC, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MERCEDES-BENZ U.S.A., LLC; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:14-cv-02349 TEH <br><br> **[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

## Order

For good cause shown, the Court hereby enters the parties Stipulation on a Briefing Schedule for Defendant's Motion to Dismiss the First Amended Complaint and Continuance of the Case Management Conference.  The schedule in this case is hereby modified as follows:

- August 25, 2014 – Defendant files motion(~~s~~) to dismiss amended complaint
- September 10, 2014 – Plaintiff files opposition
- September 18, 2014 – Defendant files reply
- November 24, 2014 – Initial Case Management Conference

**IT IS SO ORDERED.**

DATED: _____08/04_____ 2014

_____
THELTON E. HENDERSON
United States District Judge

*[Signed: Judge Thelton E. Henderson — United States District Court, Northern District of California]*

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF634448-1 -2- Case No. 3:14-cv-02349 TEH
[PROPOSED] ORDER ON STIPULATION ON MTD BRIEFING SCHED. AND CONTINUANCE OF INITIAL CMC