1  THE VEEN FIRM, P.C.
   Anthony L. Label (Bar No. 205920)
2  Steven A. Kronenberg (Bar No. 215541)
   711 Van Ness Avenue, Suite 220
3  San Francisco, CA 94102
   P.O. Box 7296
4  San Francisco, CA 94120-7296
   Tel:   (415) 673-4800
5  Fax:   (415) 771-5845

6  CHAVEZ & GERTLER LLP
   Jonathan E. Gertler (Bar No. 111531)
7  Dan L. Gildor (Bar No. 223027)
   Samuel P. Cheadle (Bar No. 268595)
8  42 Miller Avenue
   Mill Valley, California 94941
9  Tel:   (415) 381-5599
   Fax:   (415) 381-5572
10
   Attorneys for Plaintiff Digby Adler Group, LLC
11 and the Proposed Class

12
   CARROLL, BURDICK & McDONOUGH LLP
13 Troy M. Yoshino (Bar No. 197850)
   Eric J. Knapp (Bar No. 214352)
14 Steven E. Swaney (Bar No. 221437)
   44 Montgomery Street, Suite 400
15 San Francisco, California 94104
   Tel:   (415) 989-5900
16 Fax:   (415) 989-0932

17 Attorneys for Defendant
   MERCEDES-BENZ U.S.A., LLC
18

19                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
20

21
   DIGBY ADLER GROUP, LLC, dba           )   **Case No. CV 14-02349 TEH**
22 BANDAGO LLC, on behalf of itself and all )
   others similarly situated,             )   CLASS ACTION
23                                        )
                    Plaintiff,            )   [~~PROPOSED~~] **ORDER ON**
24 v.                                     )   **STIPULATION TO CONTINUE**
                                          )   **HEARING ON DEFENDANT'S**
25 MERCEDES-BENZ U.S.A., LLC,             )   **MOTION TO DISMISS**
                                          )
26                  Defendant.            )
                                          )
27                                        )

28

---

[PROPOSED] ORDER ON STIPULATION TO CONTINUE                    Case No. 14-02349 TEH
HEARING ON MOTION TO DISMISS

1    The Court, having reviewed the parties' stipulation regarding the hearing date on
2    Defendant's motion to dismiss [Dkt. #16], approves the stipulation and for good cause shown,
3    ORDERS that the hearing on Defendant's motion to dismiss [Dkt. # 16] is continued from
4    October 6, 2014 to October 27, 2014 at 10:00 a.m. in Courtroom ~~12~~ 02. The schedule in this case
5    shall otherwise remain as previously ordered.  (*See* Dkt. #16).
6        IT IS SO ORDERED.

7
8    DATED: __09/02/2014__        _____
                                   HON. THELTON E. HENDERSON

(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)
(Signature: Judge Thelton E. Henderson)