Troy M. Yoshino, Bar No. 197850
   tyoshino@cbmlaw.com
Eric J. Knapp, Bar No. 214352
   eknapp@cbmlaw.com
Steven E. Swaney, Bar No. 221437
   sswaney@cbmlaw.com
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:   415.989.5900
Facsimile:   415.989.0932

Attorneys for Defendant
MERCEDES-BENZ U.S.A., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DIGBY ADLER GROUP, LLC, dba BANDAGO LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ U.S.A., LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:14-cv-02349 TEH<br><br>[~~PROPOSED~~] ORDER ON STIPULATION RE SECOND AMENDED COMPLAINT AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF638406-1

Case No. 3:14-cv-02349 TEH

[PROPOSED] ORDER ON STIPULATION ON SEC. AMEND. COMPL. AND REQ. TO CONTINUE INITIAL CMC

1                          <u>Order</u>

2        For good cause shown, the Court hereby enters the parties Stipulation Regarding
3 Second Amended Complaint and Request to Continue Initial Case Management
4 Conference as the Order of the Court. The Court orders as follows:
5        a.     Pursuant to Defendant's consent, the Second Amended Complaint ("SAC")
6 is accepted for filing under Fed. R. Civ. P. 15(a)(2), thereby superseding the First
7 Amended Complaint and mooting Defendant's Motion to Dismiss the First Amended
8 Complaint. Accordingly, the hearing on Defendant's Motion to Dismiss, currently
9 scheduled for October 27, 2014, at 10:30 a.m., is vacated.
10        b.     Defendant shall file its response to the SAC no later than October 20, 2014.
11        c.     If Defendant's response to SAC is a motion, the briefing schedule shall be as
12 follows:
13          • November 10, 2014 – Plaintiff files opposition; and
14          • November 24, 2014 – Defendant files reply.
15        d.     The initial case management conference in this matter currently set for
16 Monday, November 24, 2014, at 1:30 p.m. is hereby continued to December 15, 2014, at
17 ~~10:00 a.m.~~ 1:30 p.m. All current dates related to the CMC date—including, for example, dates for
18 ADR procedures, Rule 26(f) meet-and-confer requirements, etc.—will be continued
19 accordingly.
20       **IT IS SO ORDERED.**

23 DATED: _____09/15_____, 2014



IT IS SO ORDERED AS MODIFIED

Honorable
United S
Judge Thelton E. Henderson