| | |
|---|---|
| 1 | THE VEEN FIRM, P.C. |
|  | Anthony L. Label (Bar No. 205920) |
| 2 | Steven A. Kronenberg (Bar No. 215541) |
|  | 711 Van Ness Avenue, Suite 220 |
| 3 | San Francisco, CA 94102 |
|  | P.O. Box 7296 |
| 4 | San Francisco, CA 94120-7296 |
|  | Tel:    (415) 673-4800 |
| 5 | Fax:   (415) 771-5845 |
| 6 | CHAVEZ & GERTLER LLP |
|  | Jonathan E. Gertler (Bar No. 111531) |
| 7 | Dan L. Gildor (Bar No. 223027) |
|  | Samuel P. Cheadle (Bar No. 268595) |
| 8 | 42 Miller Avenue |
|  | Mill Valley, California 94941 |
| 9 | Tel:    (415) 381-5599 |
|  | Fax:   (415) 381-5572 |
| 10 | |
| 11 | Attorneys for Plaintiff Digby Adler Group, LLC and the Proposed Class |
| 12 | |
| 13 | CARROLL, BURDICK & McDONOUGH LLP |
|  | Troy M. Yoshino (Bar No. 197850) |
| 14 | Eric J. Knapp (Bar No. 214352) |
|  | Steven E. Swaney (Bar No. 221437) |
| 15 | 44 Montgomery Street, Suite 400 |
|  | San Francisco, California 94104 |
| 16 | Tel:    (415) 989-5900 |
|  | Fax:   (415) 989-0932 |
| 17 | Attorneys for Defendant |
|  | MERCEDES-BENZ USA, LLC |
| 18 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIGBY ADLER GROUP, LLC, dba BANDAGO LLC, on behalf of itself and all others similarly situated, | ) ) ) ) | **Case No. CV 14-02349 TEH** <br><br> CLASS ACTION |
| Plaintiff, | ) ) | [~~PROPOSED~~] **ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS, CASE MANAGEMENT CONFERENCE, AND OTHER RELATED DATES PENDING SETTLEMENT NEGOTIATIONS** |
| v. | ) ) | |
| MERCEDES-BENZ USA, LLC, | ) ) | |
| Defendant. | ) ) ) | |

---

[PROPOSED] ORDER CONTINUING DATES PENDING SETTLEMENT NEGOTIATIONS                    Case No. 14-02349 TEH

1   The Court, having reviewed the parties' stipulation to continue the hearing date on
2  Defendant's motion to dismiss, the case management conference, and other related dates pending
3  settlement negotiations, approves the stipulation and for good cause shown, ORDERS that
4   1. The hearing on Defendant's motion to dismiss [Dkt# 24] shall be continued to
5      February 23, 2015 at 10:00 a.m. or the earliest date thereafter that the Court may hear
6      the motion.
7   2. The case management conference set for December 15, 2014 shall be continued to
8      March 9, 2015 at 1:30 p.m., or the earliest date thereafter that the Court can schedule
9      the case management conference.
10  3. The last day to meet and confer regarding initial disclosures and discovery plan shall
11     be continued to February 24, 2015, with the last day to complete initial disclosures and
12     file Rule 26(f) report continued to March 2, 2015.

14  IT IS SO ORDERED.

16  DATED: 11/25/2014



Judge Thelton E. Henderson