Troy M. Yoshino, Bar No. 197850
  tyoshino@cbmlaw.com
Eric J. Knapp, Bar No. 214352
  eknapp@cbmlaw.com
Steven E. Swaney, Bar No. 221437
  sswaney@cbmlaw.com
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:   415.989.5900
Facsimile:   415.989.0932

Attorneys for Defendant
MERCEDES-BENZ U.S.A., LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DIGBY ADLER GROUP, LLC, dba BANDAGO LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ U.S.A., LLC,<br><br>Defendant. | Case No. 3:14-cv-02349 TEH<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING CONTINUANCE OF MOTION HEARING AND CASE MANAGEMENT CONFERENCE |

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF648511-1                                            Case No. 3:14-cv-02349 TEH
[PROPOSED] ORDER ON STIPULATION RE CONTINUANCE OF HEARING ON MTD AND INITIAL CMC

1 **Order**

2       For good cause shown, the Court hereby enters the parties' Stipulation on

3 Continuance of the Motion Hearing and Case Management Conference. The schedule in

4 this case is hereby modified as follows:

5     • April 6, 2015, at ~~10:30~~ 10:00 a.m. – Hearing on Defendant MBUSA's Motion to

6       Dismiss the Second Amended Complaint;

7     • April 20, 2015, at 1:30 p.m. – Initial Case Management Conference

8 No further continuances shall be granted.

9     **IT IS SO ORDERED.**

12 DATED: _____January 28,\_\_\_\_ 2015

15     THE _____
United St



*IT IS SO ORDERED AS MODIFIED*
Judge Thelton E. Henderson

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF648511-1     -2-     Case No. 3:14-cv-02349 TEH
[PROPOSED] ORDER ON STIPULATION RE CONTINUANCE OF HEARING ON MTD AND INITIAL CMC