| | |
|---|---|
| 1 | Troy M. Yoshino, Bar No. 197850 |
|  | tyoshino@cbmlaw.com |
| 2 | Eric J. Knapp, Bar No. 214352 |
|  | eknapp@cbmlaw.com |
| 3 | Steven E. Swaney, Bar No. 221437 |
|  | sswaney@cbmlaw.com |

**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:   415.989.5900
Facsimile:   415.989.0932

Attorneys for Defendant
MERCEDES-BENZ U.S.A., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DIGBY ADLER GROUP, LLC, dba BANDAGO LLC, and BENJAMIN ROBLES, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ U.S.A., LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:14-cv-02349 TEH<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT** |

By and through their attorneys of record, plaintiffs Digby Adler Group LLC and Benjamin Robles ("Plaintiffs"), on behalf of themselves and all others similarly situated, and defendant Mercedes-Benz USA, LLC ("MBUSA") stipulate and agree as follows:

1.   On April 14, 2014, Plaintiff Digby Adler filed this putative class action in San Francisco County Superior Court.  MBUSA was served with the summons and complaint on April 21, 2014.  On May 21, 2014, MBUSA removed the case from San Francisco County Superior Court to this Court on the basis of diversity jurisdiction under 28 U.S.C. §§ 1331(a)(1) and 1331(d)(2)(A).

2. On April 7, 2015, the Court granted-in-part and denied-in-part MBUSA's motion to dismiss the Second Amended Complaint ("SAC"), with leave to amend [Dkt. 38].

3. On April 28, 2015, Plaintiff Digby Adler filed a Third Amended Complaint ("TAC") [Dkt. 41], which added a new plaintiff—Benjamin Robles—and five statutory and common-law causes of action that were not contained in the SAC.

4. After reviewing the TAC, MBUSA has determined that it will file a dispositive motion in response that addresses the newly added plaintiff and causes of action. Counsel for the Parties have met-and-conferred and agree to the following briefing schedule on MBUSA's motion:

- May 26, 2015 – MBUSA files motion to dismiss claims within the TAC
- June 16, 2015 – Plaintiffs file opposition
- June 30, 2015 – MBUSA files reply

5. The foregoing briefing schedule will not alter the date of any event or any deadline already fixed by Court order. Accordingly, this stipulation is being submitted pursuant to Civ. L.R. 6-1(a).

IT IS SO STIPULATED.

Dated: May 4, 2015                    Respectfully submitted,

                                      CARROLL, BURDICK & McDONOUGH LLP


                                      By    */s/ Steven E. Swaney*
                                              STEVEN E. SWANEY
                                           Attorneys for Defendant
                                           MERCEDES-BENZ USA, LLC

| | |
|---|---|
| Dated: May 4, 2015 | Respectfully submitted, |
| | CHAVEZ & GERTLER LLP |
| | By   */s/ Christian Schreiber* |
| |          CHRISTIAN SCHREIBER |
| | Attorneys for Plaintiffs |
| | DIGBY ADLER GROUP LLC and BENJAMIN ROBLES |

**L.R. 5-1(i)(3) Certification**
Pursuant to Local Rule 5-1(i)(3), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____          By:_____
                                                   Thelton E. Henderson
                                                   United States District Judge

**DECLARATION OF STEVEN E. SWANEY IN SUPPORT OF STIPULATION ON BRIEFING SCHEDULE FOR MOTION TO DISMISS THIRD AMENDED COMPLAINT**

I, Steven E. Swaney, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court and am associated with Carroll, Burdick & McDonough LLP, counsel for Defendant Mercedes-Benz USA, LLC ("MBUSA") in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. On April 14, 2014, Plaintiff filed this putative class action in San Francisco County Superior Court. MBUSA was served with the summons and complaint on April 21, 2014. On May 21, 2014, MBUSA removed the case from San Francisco County Superior Court to this Court on the basis of diversity jurisdiction under 28 U.S.C. §§ 1331(a)(1) and 1331(d)(2)(A).

3. On July 25, 2014, plaintiff filed an amended complaint; MBUSA filed a motion to dismiss the amended complaint on August 25, 2014. *See* Dkt. Nos. 13 and 16. On September 10, 2014, plaintiff filed a second amended complaint (SAC), and the Court granted the parties' stipulated request to dismiss the amended complaint and accept the SAC for filing on September 16, 2014. *See* Dkt. Nos. 20 and 23. On October 20, 2014, MBUSA filed a motion to dismiss the SAC; plaintiff filed an opposition on November 10, 2014; and MBUSA filed its reply on November 24, 2014. *See* Dkt. Nos. 24, 26, and 30. The hearing on the motion was scheduled December 1, 2014. *See* Dkt. No. 24.

4. After MBUSA's motion to dismiss was submitted to the Court, the parties met and conferred and agreed to discuss an individual settlement of this case. Pursuant to that agreement, the parties requested that the hearing on MBUSA's motion to dismiss the SAC be continued to February 23, 2015. Dkt. No. 27. The Court granted the parties' stipulated request on November 25, 2014. Dkt. No. 33.

5. On January 28, 2015, the parties filed a stipulation requesting a further continuance of the hearing on MBUSA's motion to dismiss and the CMC so that settlement discussions could continue. Dkt. No. 28. The Court granted the parties' stipulated request on the same day, continuing the hearing to April 6, 2015, and the CMC to April 20, 2015. Dkt. No. 35.

6. The hearing on MBUSA's motion to dismiss the SAC was held on April 6, 2015. On April 7, 2015, the Court granted the motion in part and gave Plaintiff until April 28. 2015, to file an amended complaint.

7. On April 13, 2015, the Court—*sua sponte*—continued the CMC from April 20, 2015, to May 18, 2015.

8. Plaintiff filed a Third Amended Complaint on April 28, 2015, adding a new plaintiff—Benjamin Robles—and five statutory and common-law causes of action that were not contained in the SAC.

9. There are no scheduled matters in this case other than the Case Management Conference on May 18, 2015. The requested time modification would have no effect on the Case Management Conference and related deadlines, and would not affect schedule for the case other than as described herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of May 2015 at San Francisco, California.

                                                */s/ Steven E. Swaney*
                                                STEVEN E. SWANEY