

# Sprinter
Service and Warranty Information 2011


Mercedes-Benz

# WARRANTY COVERAGE AT A GLANCE

(Complete warranty coverage starts on (▷ Page 4)

| DESCRIPTION | Years: 1 / Miles 12 | 2 / 24 | 3 / 36 | 3 / 50 | 3 / UNL | 5 / 50 | 5 / 100 | 7 / 70 |
|---|---|---|---|---|---|---|---|---|
| **New Vehicle Limited Warranty Coverage** | ■ | ■ | ■ | | | | | |
| **Special Extended Warranty Coverage** | | | | | | | | |
| Anti-Corrosion Perforation Limited Warranty: | | | | | | | | |
|   All Panels | ■ | ■ | ■ | ■ | ■ | | | |
|   Outer Panels | ■ | ■ | ■ | ■ | ■ | ■ | ■ | |
| Federal Emission Warranty - Diesel | ■ | ■ | ■ | | | | | |
| California Emission Warranty - Diesel (California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New Mexico, Oregon, Pennsylvania, Rhode Island, Vermont and Washington) | | | | | | | | |
|   Short Term | ■ | ■ | ■ | ■ | ■ | ■ | ■ | |
|   Long Term | ■ | ■ | ■ | ■ | ■ | ■ | ■ | |
| Diesel Engine Limited Warranty | ■ | ■ | ■ | ■ | ■ | ■ | | |

The following terms are referred to in this booklet as:

**Vehicle Distributor** / **Vehicle Warrantor** / **Parts Distributor**

Mercedes-Benz USA, LLC
One Mercedes Drive
Montvale, NJ 07645-0350

Mercedes-Benz USA, LLC is a Daimler company.

Original Owner's Name

Street Address

City and State                                                                    Zip Code

Vehicle Identification Number (VIN)

Warranty Start Date (In-Service Date)                                  Mileage at Delivery

Selling authorized Sprinter Dealer                                       Code

City                                                                                      State

Second Owner's Name                        Third Owner's Name

Street Address                                     Street Address

City and State                    Zip Code     City and State                    Zip Code

Date of Second            Mileage at        Date of Third             Mileage at
Purchase                     Purchase        Purchase                   Purchase

Warranty Coverage applies to all vehicle owners. To protect you in the event of a recall or any questions concerning your limited warranty, please fill out and return the business reply card included in this booklet to inform us about ownership or address changes.

**IMPORTANT**

   *This booklet contains the warrantor's limited warranties. It should be kept in your vehicle and presented to your authorized Sprinter Dealer if any warranty service is needed.*
*The limited warranty text begins on (▷ Page 4) of this booklet.*

**Contents** 3

Your Legal Rights Under These Limited Warranties . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

What's Covered

    New Vehicle Limited Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

    Diesel Engine Limited Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

    Corrosion Warranty. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

    Restraint System Limited Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

What's Not Covered

    Modifications Not Covered. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

    Environmental Factors Not Covered. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

    Maintenance Costs Not Covered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

    Racing Not Covered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

    Certain Kinds of Corrosion Not Covered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

    Other Exclusions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

    Total Loss, Salvage, Junk, or Scrap Vehicles Not Covered . . . . . . . . . . . . . . . . . . . 11

    Restricted Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Other Terms of Your Warranties

    Exchanged Parts May Be Used in Warranty Repairs. . . . . . . . . . . . . . . . . . . . . . . . . 12

    Pre-Delivery Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

    Production Changes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Emission Warranties Required by Law

    Federal Emission Warranty - Diesel Heavy Duty. . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

    California Emission Warranty - Diesel Medium Duty. . . . . . . . . . . . . . . . . . . . . . . . . 14

How to Get Warranty Service

    Where to Take Your Vehicle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

    How to Get Tow Service - U.S. or Canada Only. . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

    Emergency Warranty Repairs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

    Further Steps You Can Take and How to Get More Information . . . . . . . . . . . . . . . 21

    Getting Service Under the California Emission Warranties. . . . . . . . . . . . . . . . . . . . 21

How to Deal with Warranty Problems

    Steps to Take . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

    Helpful Addresses and Telephone Numbers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

Optional Service Contract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Maintenance

    General Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

    Where to Go For Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Case3:14-cv-02349-TEH   Document47-1   Filed05/26/15   Page6 of 32

## Your Legal Rights Under These Limited Warranties

The limited warranties contained in this booklet are the only express warranties that the vehicle warrantor makes for your vehicle. These limited warranties give you specific legal rights. You may also have other rights that vary from state to state.

For example, you may have some implied warranties, depending on the state where your vehicle was sold or is registered.

These implied warranties are limited, to the extent allowed by law, to the time periods covered by the express written warranties contained in this booklet.

If you use your vehicle primarily for business or commercial purposes, then these implied warranties do not apply and the vehicle warrantor completely disclaims them to the extent allowed by law. And the implied warranty of fitness for a particular purpose does not apply if your vehicle is used for racing, even if the vehicle is equipped for racing.

**Some states do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you.**

**Incidental and Consequential Damages Not Covered**

**These limited warranties do not cover any incidental or consequential damages connected with your vehicle's failure, either while under warranty or afterward.**
Examples of such damages include:
- lost time;
- inconvenience;
- the loss of the use of your vehicle;
- the cost of rental vehicles, gasoline, telephone, travel, or lodging;
- the loss of personal or commercial property; and
- the loss of revenue.

**Some states do not allow incidental or consequential damages to be excluded or limited, so this exclusion may not apply to you.**

## What's Covered

**New Vehicle Limited Warranty:**

### A. Who Is Covered?

You are covered by the New Vehicle Limited Warranty if you are a purchaser for use of the vehicle.

### B. What's Covered

The New Vehicle Limited Warranty covers the cost of all parts and labor needed to repair any item on your Sprinter vehicle when it left the manufacturing plant that is defective in material, workmanship or factory preparation. There is no list of covered parts since the only exception is tires. You pay nothing for repairs covered by this limited warranty. These warranty repairs or adjustments including all parts and labor connected with them will be made by your authorized Sprinter Dealer at no charge, using new or remanufactured parts.

### C. Items Covered by Other Warranties

The following are covered by separate warranties offered by their makers. They are **not covered** by the Basic Limited Warranty:
- tires; or
- items added or changed after your Sprinter vehicle left the manufacturing plant, such as accessories or protection products, or items changed because of customization or van conversion (except Genuine Mercedes-Benz accessories designed for Sprinter, and installed by an authorized Sprinter Dealer). Be sure you get a copy of any warranty that applies to these items from your authorized Sprinter Dealer, or from the maker of the product. You can find the tire warranty statements in your Owner's Literature Package.

### D. Towing Costs Are Covered Under Certain Circumstances

The New Vehicle Limited Warranty covers the cost of towing your vehicle to the nearest authorized Sprinter Dealer if your vehicle cannot be driven because a covered part has failed, see (▷ Page 20).

### E. When It Begins

The New Vehicle Limited Warranty begins on either of the following dates, whichever is earlier:
- the date you take initial delivery of the vehicle;
  or
- the date when the vehicle was first put into service - for example, as an authorized Sprinter Dealer "demo" or as a company vehicle of the vehicle distributor.

Case3:14-cv-02349-TEH   Document47-1   Filed05/26/15   Page8 of 32

## What's Covered

**New Vehicle Limited Warranty: (cont'd)**

**F. When It Ends**

The New Vehicle Limited Warranty lasts for 36 months from the date it begins or for 36,000 miles on the odometer, whichever occurs first. But the following items are-covered only for 12 months or for 12,000 miles on the odometer, whichever occurs first:
• brakes (rotors, pads, linings, and drums);
• wiper blades;
• clutch disc and linings;
• receiver-drier filter;
• windshield and rear window; and
• wheel alignment and wheel balancing

**G. Registration and Operation Requirements**

The New Vehicle Limited Warranty covers your vehicle only if:
• it was built for sale in the U.S.;
• it's registered in the U.S.;
• it's driven mainly in the U.S. or Canada, see (▷ Page 19); and
• it's operated and maintained in the manner described in your Operator's Manual and Maintenance Booklet.

**H. If Your Vehicle Leaves the United States (We Include U.S. Possessions and Territories as Part of the United States for Warranty Purposes):**

EXCEPT WHERE SPECIFICALLY RE-QUIRED BY LAW, THERE IS NO WAR-RANTY COVERAGE ON THIS VEHICLE IF IT IS SOLD IN OR REGISTERED IN COUNTRIES OTHER THAN THE UNITED STATES.
This policy does not apply to vehicles that have received authorization for export from the vehicle distributor. Authorized Sprinter Dealers may not give authorization for export. You should consult an authorized Sprinter Dealer to determine this vehicle's warranty coverage if you have any questions.
This policy does not apply to vehicles registered to U.S. government officials or military personnel on assignment outside of the United States.

**What's Covered**

**Diesel Engine Limited Warranty**

**A. Who Is Covered?**

You are covered by the Diesel Engine Limited Warranty for up to 5 years or 100,000 miles on the odometer, whichever comes first.

**B. What's Covered**

In vehicles equipped with a Diesel Engine, **ONLY** the following engine parts and components are covered by the Diesel Engine Limited Warranty:
• cylinder block and all internal parts
• cylinder head assemblies
• core plugs
• fuel injection pump & injectors
• gaskets and seals for listed components
• intake and exhaust manifold
• oil pan
• oil pump
• timing gear drive belts and/or chains and cover
• turbocharger housing and internal parts
• valve covers
• water pump and housing

**C. When It Begins**

The Diesel Engine Limited Warranty begins on either of the following dates, whichever is earlier:
• the date you take delivery of the vehicle; or
• the date when the vehicle was first put into service - for example, as a dealer "demo" or as a company vehicle of the vehicle distributor.

**D. Towing Costs Are Covered**

The Diesel Engine Limited Warranty covers the cost of towing your vehicle to the nearest authorized Sprinter Dealer if your vehicle cannot be driven because a covered part has failed. If you choose to go to another dealership, you will be responsible for the cost if the extra distance exceeds 10 miles.  For information on how to get towing service in the United States and Canada, see (▷ Page 20).

**Corrosion Warranty**

**A. Who Is Covered?**

You are covered if you are a purchaser for use of the vehicle.

**B. What's Covered**

This limited warranty covers the cost of all parts and labor needed to repair or replace any sheet metal panels that get holes from rust or other corrosion. If a hole occurs because of something other than corrosion, this limited warranty does not apply. Cosmetic or surface corrosion - resulting, for example, from stonechips or scratches in the paint - is not covered. For more details on what is not covered by this limited warranty, see (▷ Page 10).

Case3:14-cv-02349-TEH   Document47-1   Filed05/26/15   Page10 of 32

## What's Covered

**Corrosion Warranty (cont'd)**

**C. How Long It Lasts**

The Corrosion limited warranty starts
when your New Vehicle Limited Warranty
begins, see (▷ Page 5). This limited war-
ranty has two time-and-mileage limits:
- For sheet metal panels, the limit is 36
  months, with no mileage limit.
- For an outer-body sheet metal panel
  - one that is finish-painted and that
  someone can see when walking around
  the vehicle - the limits are 5 years or
  100,000 miles on the odometer, which-
  ever occurs first.

**Restraint System Limited Warranty
(Vehicles sold and registered in the
State of Kansas only)**

For vehicles sold and registered in the
State of Kansas, seatbelts and related
seatbelt components are warranted
against defects in workmanship and mate-
rials for 10 years, regardless of mileage.
This limited warranty does not cover re-
placement of seatbelts and related compo-
nents required as the result of collision.

**What's Not Covered**

**Modifications Not Covered**

**A. Some Modifications Do Not Void the Limited Warranties But Are Not Covered**

Certain changes that you might make to your vehicle do not, by themselves, void the limited warranties described in this booklet. Examples of some of these changes are:

- installing non-Genuine Mercedes-Benz parts, components, or equipment (such as a non-Genuine Mercedes-Benz radio or speed control); and
- using special non-Genuine Mercedes-Benz materials or additives.

But your limited warranties do not cover any part that was not on your Sprinter vehicle when it left the manufacturing plant or is not certified for use on your vehicle. Nor do they cover the costs of any repairs or adjustments that might be caused or needed because of the installation or use of non-Genuine Mercedes-Benz parts, components, equipment, materials, or additives.
Performance or racing parts are considered to be non-Genuine Mercedes-Benz parts. Repairs or adjustments caused by their use are not covered under your limited warranties.

Examples of the types of alterations not covered are:

- installing accessories - except for Genuine Mercedes-Benz accessories installed by an authorized Sprinter Dealer;
- applying rustproofing or other protection products;
- changing the vehicle's configuration or dimensions, such as converting the vehicle into a limousine or food service vehicle; or
- using any refrigerant that the parts distributor has not approved.

**B. Some Modifications That WILL Void Your Limited Warranties**

These actions will void your limited warranties:

- disconnecting, tampering with, or altering the odometer will void your warranties, unless your repairing technician follows the legal requirements for repairing or replacing odometers; or
- attaching any device that disconnects the odometer will also void your warranties.

**Environmental Factors Not Covered**

Your limited warranties do not cover damage caused by environmental factors such as airborne fallout, bird droppings, chemicals, tree sap, salt, ocean spray, acid rain, and roadhazards. Nor do your limited warranties cover damage caused by hailstorms, windstorms, tornadoes, sandstorms, lightning, floods, and earthquakes.Your limited warranties do not cover conditions resulting from anything impacting the vehicle.
This includes cracks and chips in glass, scratches and chips in painted surfaces, or damage from collision.

Case3:14-cv-02349-TEH  Document47-1  Filed05/26/15  Page12 of 32

## What's Not Covered

### Maintenance Costs Not Covered

Your limited warranties do not cover the costs of repairing damage caused by poor or improper maintenance. Nor do they cover damage caused by the use of contaminated fuels, or by the use of fuels, oils, lubricants, cleaners or fluids other than those recommended in your Operator's Manual.

The limited warranties do not cover the costs of your vehicle's normal or scheduled maintenance - the parts and services that all vehicles routinely need. Some of these parts and services, which your limited warranties do not cover, include:

- lubrication;
- engine tune-ups;
- replacing filters, coolant, spark plugs, bulbs and sealed light assemblies, fluorescent ballast & tubes, or fuses (unless those costs result from a covered repair);
- cleaning and polishing;
- remote control batteries;
- floor mats;
- mud flaps; and
- replacing worn wiper blades, worn brake pads and linings, or clutch linings.

### Racing Not Covered

Your limited warranties do not cover the costs of repairing damage or conditions caused by racing, nor do they cover the repair of any defects that are found as the result of participating in a racing event.

### Certain Kinds of Corrosion Not Covered

Your limited warranties do not cover the following:

- corrosion caused by accident, damage, abuse, or vehicle alteration;
- surface corrosion caused by such things as industrial fallout, sand, salt, hail, and stones;
- corrosion caused by the extensive or abnormal transport of caustic materials like chemicals, acids, and fertilizers; and
- corrosion of special bodies, body conversions, or equipment that was not supplied with your Sprinter vehicle when it left the manufacturing plant.

Case3:14-cv-02349-TEH   Document47-1   Filed05/26/15   Page13 of 32

## What's Not Covered

### Other Exclusions

Your limited warranties do not cover the costs of repairing damage or conditions caused by any of the following:

- fire or accident;
- abuse or negligence;
- misuse - for example, driving over curbs or overloading;
- tampering with the emission systems, or with a part that could affect the emission systems;
- use of used parts, even if they were originally supplied by the parts distributor (however, authorized Genuine Mercedes-Benz remanufactured parts are covered);
- windshield or rear window damage from external objects;
- off-road use of the vehicle;
- any changes made to your vehicle that do not comply with the vehicle's specifications; or
- using any fluid that does not meet the minimum recommendations in your Operator's Manual.

### Total Loss, Salvage, Junk, or Scrap Vehicles Not Covered

A vehicle has no warranty coverage of any kind if:

- the vehicle is declared to be a total loss by an insurance company;
- the vehicle is rebuilt after being declared to be a total loss by an insurance company; or
- the vehicle is issued a certificate of title indicating that it is designated as "salvage," "junk," "rebuilt," "scrap," or some similar word.

The vehicle warrantor will deny warranty coverage without notice if it learns that a vehicle is ineligible for coverage for any of these reasons.

### Restricted Warranty

Your warranties can also be restricted by the vehicle warrantor.

The vehicle warrantor may restrict the warranty on your vehicle if the vehicle is not properly maintained, or if the vehicle is abused or neglected, and the abuse or neglect interferes with the proper functioning of the vehicle. If the warranty is restricted, coverage may be denied or subject to approval by the vehicle warrantor before covered repairs are performed.

## Other Terms of Your Warranties

**Exchanged Parts May Be Used in Warranty Repairs**

In the interest of customer satisfaction, the vehicle warrantor may offer exchange service on some vehicle parts. This service is intended to reduce the amount of time your vehicle is not available for your use because of repairs. Parts used in exchange service may be new, remanufactured, reconditioned, or repaired, depending on the part involved.

All exchange parts that might be used meet new parts standards and have the same limited warranties.

Examples of the kinds of parts that might be serviced in this way are:
- engine assemblies;
- transmission assemblies;
- instrument cluster assemblies;
- radios, tape and CD players;
- speedometers; and
- powertrain control modules.

To help control suspected ozone-depleting agents, the EPA requires the capture, purification, and reuse of automotive air-conditioning refrigerant gases. As a result, a repair to the sealed portion of your airconditioning system may involve the installation of purified reclaimed refrigerant.

**Pre-Delivery Service**

A defect in or damage to the mechanical, electrical, sheet-metal, paint, trim, and other components of your vehicle may have occurred at the factory or while it was being shipped to the authorized Sprinter Dealer.

Such a defect or damage  is usually detected and corrected at the factory. In addition, authorized Sprinter Dealers must inspect each vehicle before delivery. They repair any defects or damage detected before the vehicle is delivered to you.

**Production Changes**

Changes may be made in vehicles sold by the vehicle distributor and its authorized Sprinter Dealers at any time without incurring any obligation to make the same or similar changes on vehicles previously built or sold.

# Emission Warranties Required By Law

## Federal Emission Warranty - Diesel-Heavy Duty Vehicle

### A. Parts Covered for 5 Years or 100,000 Miles

Diesel equipped heavy duty vehicles have a diesel engine Emission Warranty which warrants the following emission parts for 5 years or 100,000 miles, whichever occurs first. These limits are counted from the time when your New Vehicle Limited Warranty begins, see (▷ Page 5).

The covered parts are:

**I. Air Induction System**
Air Cleaner Housing
Charge Air Cooler
Charge Air Distribution Line
Electric Intake Air Throttle (with Throttle Valve Step Motor)
Intake Port Shutoff
Turbocharger

**II. Fuel Metering System**
Fuel Filter
Fuel Injector
Fuel Pressure Regulator
Fuel Pump (Electric)
Fuel Rail
Fuel Rail Pressure Sensor
High Pressure Pump

**III. Ignition System**
Glow Plug
Glow Time Control Module

**IV. Exhaust Gas Recirculation System**
EGR Cooler
EGR Valve

**V. Positive Crankcase Ventilation**
Crankcase Ventilation Valve/Line
Oil Filler Cap

**VI. Fuel Evaporative Control**
Fuel Tank (with Vent Valve and Fuel Filler Neck)

**VII. Exhaust / Diesel Exhaust Fluid (DEF) System**
DEF Delivery Pump (with Pressure Sensor)
DEF Injection Valve/Lines
DEF Tank (with Temperature Sensor and Fluid Level Gauge)
Diesel Oxidation Catalyst with Diesel Particulate Filter
Exhaust Manifold
Exhaust Pipe (Front)
Selective Catalytic Reduction Catalyst

**VIII. Engine Emissions Control Systems/Sensors**
Accelerator Pedal Module
Camshaft Position Sensor
Charge Air Pressure Sensor
Charge Air Temperature Sensor
Crankshaft Position Sensor
DEF Control Module
Engine Control Module
Engine Coolant Temperature Sensor
Exhaust Back Pressure Sensor
Exhaust Differential Pressure Sensor
Exhaust Gas Temperature Sensor
Fuel Temperature Sensor
Heated Cooling Water Thermostat
Manifold Air Pressure Sensor
Mass Air Flow Sensor (with Integrated Intake Air Temperature Sensor)
$NO_X$ Sensor
$O_2$ Sensor
Transmission Control Module
Vehicle Speed Sensor (Front Wheels)
Vehicle Speed Sensor (Rear Wheels)

**IX. On-Board Diagnostics**
Data Link Connector (OBD)
Instrument Cluster (Malfunction Indicator Lamp)

**X. Related Parts w/ Above Systems**
Automatic Transmission Mode Selector
Emission Related:
    Hoses, Clamps, Belts, Pulleys, Tubes, Fittings, Sealing Devices, Mounting Hardware included

## Emission Warranties Required By Law

**California Emission Warranty**

**Diesel Engine Medium Duty Vehicles**

**Products Warranted**
This Emission Control System Warranty applies to Diesel Engine Medium Duty Vehicles certified with the California Air Resources Board beginning with the 2011 model year, marketed by the vehicle distributor, and registered in California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New Mexico, Oregon, Pennsylvania, Rhode Island, Vermont and Washington for use in Medium Duty Vehicle applications.

**Your Warranty Rights and Obligations**
The California Air Resources Board and the vehicle distributor, are pleased to explain the emission control system warranty on your 2011 vehicle. In California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New Mexico, Oregon, Pennsylvania, Rhode Island, Vermont and Washington, new motor vehicles, must be designed, built, and equipped to meet the State's stringent anti-smog standards. The vehicle warrantor must warrant the emission control system on your vehicle for the periods of time listed below provided there has been no abuse, neglect or improper maintenance on your vehicle.

Your emission control system may include parts such as the fuel injection system and engine electronic control module. Also included may be hoses, connectors and other emission-related assemblies. Where a warrantable condition exists, the vehicle warrantor will repair your vehicle at no cost to you including diagnosis, parts and labor.

**WARRANTY COVERAGE**

**For 5 years or 100,000 miles, whichever first occurs:**

1. If an emission-related part on your vehicle is defective, the part will be repaired or replaced by the vehicle warrantor. This is your SHORT-TERM EMISSION CONTROL-SYSTEM DEFECTS WARRANTY.

**For 7 years or 70,000 miles, whichever first occurs:**

1. Where a warrantable condition exists on a long-term emission-related part, the vehicle warrantor will repair your vehicle at no cost to you including diagnosis, parts and labor. This is your LONG-TERM EMIS-SIONCONTROL SYSTEM DEFECTS WARRANTY.

Case3:14-cv-02349-TEH   Document47-1   Filed05/26/15   Page17 of 32

**Emission Warranties Required By Law**

**California Emission Warranty (cont'd)**

**OWNER'S WARRANTY
RESPONSIBILITIES:**

As the vehicle owner, you are responsible for the performance of the required maintenance listed in your Maintenance Booklet. The vehicle warrantor recommends that you retain all receipts covering maintenance on your vehicle, but the vehicle warrantor cannot deny warranty solely for the lack of receipts or for your failure to substantiate the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to an authorized Sprinter Dealer as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed **30 days**.

As the vehicle owner, you should also be aware that the vehicle warrantor may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

If you have any questions regarding your warranty rights, and responsibilities, you should contact the

Customer Assistance Center
Three Mercedes Drive
Montvale, New Jersey 07645-0350
1-877-762-8267
or
California Air Resources Board
9480 Telstar, Suite4
El Monte, CA 91731.

A warranted part which is scheduled for replacement as required maintenance is warranted up to the first scheduled replacement point.

Prior to the expiration of the applicable warranty, the owner must give notice of any warranted emission control failure to an authorized Sprinter Dealer and deliver the vehicle to such facility for repair.

Owner is responsible for incidental costs such as: communication expenses, meals, lodging incurred by Owner or employee of Owner as a result of a Warrantable Condition.

Owner is responsible for "downtime" expenses, cargo damage, fines, all applicable taxes, all business costs, and other losses resulting from a warrantable condition.

# Emission Warranties Required By Law

**California Emission Warranty (cont'd)**

**Coverage**

**SHORT-TERM EMISSION-RELATED PARTS (CA, CT, MA, MD, ME, NJ, NM, OR, PA, RI, VT, WA):**

**I. Air Induction System**
Air Cleaner Housing
Charge Air Cooler
Charge Air Distribution Line
Electric Intake Air Throttle (with Throttle Valve Step Motor)
Intake Port Shutoff
Turbocharger

**II. Fuel Metering System**
Fuel Filter
Fuel Injector
Fuel Pressure Regulator
Fuel Pump (Electric)
Fuel Rail
Fuel Rail Pressure Sensor
High Pressure Pump

**III. Ignition System**
Glow Plug
Glow Time Control Module

**IV. Exhaust Gas Recirculation System**
EGR Cooler
EGR Valve

**V. Positive Crankcase Ventilation**
Crankcase Ventilation Valve/Line
Oil Filler Cap

**VI. Fuel Evaporative Control**
Fuel Tank (with Vent Valve and Fuel Filler Neck)

**VII. Exhaust / Diesel Exhaust Fluid (DEF) System**
DEF Delivery Pump (with Pressure Sensor)
DEF Injection Valve/Lines
DEF Tank (with Temperature Sensor and Fluid Level Gauge)
Diesel Oxidation Catalyst with Diesel Particulate Filter
Exhaust Manifold
Exhaust Pipe (Front)
Selective Catalytic Reduction Catalyst

**VIII. Engine Emissions Control Systems/Sensors**
Accelerator Pedal Module
Camshaft Position Sensor
Charge Air Pressure Sensor
Charge Air Temperature Sensor
Crankshaft Position Sensor
DEF Control Module
Engine Control Module
Engine Coolant Temperature Sensor
Exhaust Back Pressure Sensor
Exhaust Differential Pressure Sensor
Exhaust Gas Temperature Sensor
Fuel Temperature Sensor
Heated Cooling Water Thermostat
Manifold Air Pressure Sensor
Mass Air Flow Sensor (with Integrated Intake Air Temperature Sensor)
$NO_X$ Sensor
$O_2$ Sensor
Transmission Control Module
Vehicle Speed Sensor (Front Wheels)
Vehicle Speed Sensor (Rear Wheels)

**IX. On-Board Diagnostics**
Data Link Connector (OBD)
Instrument Cluster (Malfunction Indicator Lamp)

**X. Related Parts w/ Above Systems**
Automatic Transmission Mode Selector
Emission Related:
    Hoses, Clamps, Belts, Pulleys, Tubes, Fittings, Sealing Devices, Mounting Hardware included

**Emission Warranties Required By Law**

## California Emission Warranty (cont'd)

**Coverage**

**LONG-TERM EMISSION-RELATED PARTS (CA, CT, MA, MD, ME, NJ, NM, OR, PA, RI, VT,  WA):**

**Part Description:**
Charge Air Cooler
Charge Air Distribution Line
DEF Control Module
DEF Delivery Pump (with Pressure Sensor)
DEF Tank (with Temperature Sensor and Fluid Level
 Gauge)
Diesel Oxidation Catalyst with Diesel Particulate Filter
EGR Cooler
EGR Valve
Electric Intake Air Throttle
Engine Control Module
Exhaust Manifold
Exhaust Pipe (Front)
Fuel Injector
Fuel Pump (Electric)
Fuel Rail
Fuel Tank (with Vent Valve and Fuel Filler Neck)
Glow Time Control Module
High Pressure Pump
Instrument Cluster (Malfunction Indicator Lamp)
Intake Port Shutoff
Mass Air Flow Sensor (with Integrated Intake Air
 Temperature Sensor)
$NO_X$ Sensor
Selective Catalytic Reduction Catalyst
Transmission Control Module
Turbocharger

Case3:14-cv-02349-TEH Document47-1 Filed05/26/15 Page20 of 32

# Emission Warranties Required By Law

**California Emission Warranty (cont'd)**

**Emergency Repairs**

In the case of an emergency where an authorized Sprinter Dealer is not available, certain warranty related repairs may be performed by any available repair location or by any individual using any replacement parts. A part not being available within 30 days or a repair not being complete within 30 days constitutes an emergency. The vehicle warrantor will reimburse the owner for expenses (including diagnosis), not to exceed the vehicle warrantor's suggested retail price for all warranted parts replaced and labor charges based on the vehicle warrantor's recommended time allowance for the warranty repair and the geographically appropriate hourly labor rate. Replaced parts and paid invoices must be presented as a condition of reimbursement for emergency repairs not performed by an authorized Sprinter Dealer.

## Warranty Limitations

The vehicle warrantor is not responsible for failures or damage resulting from what the vehicle warrantor determines to be abuse or neglect, including, but not limited to: operation without adequate coolants or lubricants; overfueling; overspeeding; lack of maintenance of cooling, lubricating or intake systems; improper storage, starting, warm-up, run-in or shut down practices; unauthorized modifications to the engine. The vehicle warrantor is also not responsible for failures caused by incorrect oil or fuel or by water, dirt or other contaminants in the fuel or oil.

The vehicle warrantor is not responsible for failures resulting from improper repair or the use of parts which are not Genuine Mercedes-Benz approved parts.

The vehicle warrantor is not responsible for the material and labor costs of emission control parts and assemblies replaced during scheduled maintenance of the vehicle as specified in the Maintenance Booklet.

THIS WARRANTY, TOGETHER WITH THE EXPRESS LIMITED WARRANTIES ARE THE SOLE AND EXCLUSIVE WARRANTIES MADE BY THE VEHICLE WARRANTOR. THERE ARE NO OTHER WARRANTIES, EXPRESS OR IMPLIED, OR OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## How to Get Warranty Service

**Where to Take Your Vehicle**

**A. In the United States
(We Include U.S. Possessions and Territories as Part of the United States for Warranty Purposes):**

Warranty service must be done by an authorized Sprinter Dealer. We strongly recommend that you take your vehicle to your Selling authorized Sprinter Dealer. They know you and your vehicle best, and are most concerned that you get prompt and high quality service. If you move within the United States, warranty service may be requested from any authorized Sprinter Dealer.
If you have difficulty locating a convenient authorized Sprinter Dealer, please contact the Customer Assistance Center
($\triangleright$ Page 24). They can help you find the closest authorized Sprinter Dealer.

**B. In Canada and Mexico:**

If you are traveling temporarily in Canada or Mexico, and your vehicle remains registered in the United States, your New Vehicle Limited Warranty still applies. Service may be requested at any authorized Sprinter dealership.

**C. In a Foreign Country Outside of North America:**

If you are traveling temporarily outside of North America, and your vehicle remains registered in the United States:

• You should take your vehicle to an authorized Sprinter Dealer. They should

give you the same limited warranty service you receive in the United States.
• If the authorized dealership charges you for repairs which you feel should be covered under your limited warranty, please get a detailed receipt for the work done. Make sure that this receipt lists all warranty repairs and parts that were involved. (This receipt will be similar to the one used by the dealer who normally services your vehicle.)
• When your vehicle returns to the United States, contact the Customer Assistance Center ($\triangleright$ Page 24) for reimbursement consideration. You will need to provide a copy of the receipt, your vehicle registration and any other relevant documents.
• Reimbursement will not be considered if the vehicle does not return to the United States.

**D. If You Move:**

If you move to another country, be sure to contact the Customer Assistance Center ($\triangleright$ Page 24) and the customs department of the destination country before you move. Vehicle importation rules vary considerably from country to country. You may be required to present documentation of your move to the vehicle warrantor in order to continue your warranty coverage. You may also be required to obtain documentation from the vehicle warrantor in order to register your vehicle in your new country.

Your vehicle is eligible for the remainder of the limited warranty coverage provided in the destination country after it has been re-registered in that country.

Case3:14-cv-02349-TEH   Document47-1   Filed05/26/15   Page22 of 32

# How to Get Warranty Service

**Where to Take Your Vehicle (cont'd)**

**E. Notice:**

If your vehicle is registered outside of the United States, and you have not followed the procedure set out above, your vehicle will no longer be eligible for warranty coverage of any kind. (Vehicles registered to United States government officials or military personnel on assignment outside of the U.S. will continue to be covered.)

**How To Get Tow Service - U.S. or Canada Only**

**A. What To Do:**

If your vehicle requires towing due to a defect covered under the New Vehicle Limited Warranty or the Diesel Engine Limited Warranty, dial toll-free 1-800-367-6372. Provide your name, vehicle identification number, model year and color of vehicle, telephone number where you can be reached, disabled location of vehicle, and a description of the problem.

You will be given the name of the service provider and an estimated time of arrival. If you feel you are in an "unsafe situation", please let us know. With your consent, we will contact local police or safety authorities.

**B. If Unable to Contact 24-Hour Towing Assistance:**

If you are unable to contact 24-Hour Towing Assistance and you obtain towing services on your own, you may submit your original receipts from the licensed towing or service facility, for services rendered within 30 days of the occurrence. Be sure to include your vehicle identification number, odometer mileage at the time of service and current mailing address. We will process the claim based on vehicle and service eligibility. If eligible, we will reimburse you for the reasonable amounts you actually paid, based on the usual and customary charges for that service in the area where they were provided. The vehicle distributor's determination relating to reimbursement are final. Correspondence should be mailed to:

**Customer Assistance Center
Three Mercedes Drive
Montvale, New Jersey 07645-0350
1-877-762-8267**

**Emergency Warranty Repairs**

If you have an emergency and have to get a warranty repair made by someone other than an authorized Sprinter Dealer, follow the reimbursement procedure on (▷ Page 19) (C).

## How to Get Warranty Service

**Further Steps You Can Take and How to Get More Information**

If you think your authorized Sprinter Dealer has wrongly denied you emission-warranty coverage, follow the steps described on (▷ Page 23).
The vehicle warrantor will reply to you in writing within 30 days after receiving your complaint (or within the time limit required by local or state law). If the owner is not notified within 30 days that a performance warranty claim is denied, the vehicle warrantor must repair the vehicle free of charge.

If you want more information about getting service under the Federal Emission Warranty, or if you want to report what you think is a violation of these warranties, you can contact:

Manager, Certification and Compliance Division Warranty Claims
Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Mail Code 6403J
Washington, D. C. 20460

**Getting Service Under the California Emission Warranty**

**A. What to Do If You Fail a Smog Check**

If a vehicle fails a state Smog Check test during the coverage period, the vehicle warrantor will repair the vehicle so that it will pass a State Smog Check re-test. The owner should take the vehicle to any authorized Sprinter Dealer for warranty repairs and give a copy of the failed Smog Check test report to the authorized Sprinter Dealer. If the owner is not notified within 30 days that a performance warranty claim is denied, the vehicle warrantor must repair the vehicle free of charge.

**B. What to Do to Get Warranty Service**

To get warranty service - even if you're traveling - take your vehicle to any authorized Sprinter Dealer. (The vehicle warrantor recommends that you take your vehicle to an authorized Sprinter Dealer who sells the same make of vehicle as yours.) That authorized Sprinter Dealer will perform any warranty service without charging you for diagnosis, parts or labor.

# How to Get Warranty Service

**Getting Service Under the California Emission Warranty (cont'd)**

**C. Emergency Emission Warranty Service**

If you need emergency service under this limited warranty and an authorized Sprinter Dealer is not readily available, you may have your vehicle repaired by anyone using any brand of repair parts. However, the vehicle warrantor recommends that you do the following before having repairs made:

• Contact the Customer Assistance Center and ask for help with emission warranty service. You'll find the address and telephone number of the Customer Assistance Center on (▷ Page 24)

• The Customer Assistance Center will recommend an authorized servicing Sprinter Dealer or help you find a qualified independent servicing dealer.

• If you are going to have to use an independent servicing dealer, make arrangements during your first contact with the Customer Assistance Center for getting reimbursed for emergency repairs (including labor and diagnosis). You will need to get and keep the replaced parts, as well as the original invoice marked "paid".

• You should review with the Customer Assistance Center any questions you have about the emission warranty.

Reimbursement for parts will be based on the parts distributor's suggested retail price. Reimbursement for labor will be based on the vehicle warrantor's recommended time allowance for the repair and on the appropriate hourly labor rate in the geographic area where you had the work done.

Before the vehicle warrantor will reimburse you for emergency repairs under this warranty, you will have to provide the vehicle warrantor with details on why the situation was an emergency and why authorized Sprinter Dealer service was unavailable. Under this warranty, an emergency occurs if a part will not be available within 30 days or if a repair cannot be completed within 30 days.

**D. How to Get More Information**

If you want more information about getting service under the California Emission Warranty, you can contact one of the following:

Customer Assistance Center
One Mercedes Drive
Montvale, NJ 07645-0350
1-877-762-8267

or

California Air Resources Board
9480 Telstar, Suite 4,
El Monte, CA 91731.

Case3:14-cv-02349-TEH   Document47-1   Filed05/26/15   Page25 of 32

## How to Deal with Warranty Problems

### Steps to Take

#### A. In General

Normally, warranty problems can be resolved by your authorized Sprinter Dealer's sales or service departments. That's why you should always talk to your authorized Sprinter Dealer's service manager or sales manager first. But if you're not satisfied with your authorized Sprinter Dealer's response to your problem, the vehicle warrantor recommends that you do the following:

Step 1: Discuss your problem with the owner or general manager of the dealership.

Step 2: If your dealership still can not resolve the problem, contact the Customer Assistance Center. You'll find the address on (▷ Page 24).

#### B. What The Vehicle Warrantor Will Do

Once you have followed the two steps described on (▷ Page 23) (A), the vehicle warrantor will review your situation. If it's something that the vehicle warrantor can help you with, the vehicle warrantor will provide your authorized Sprinter Dealer with all the information and assistance necessary to resolve the problem. Even if the vehicle warrantor can not help you, the vehicle warrantor will acknowledge your contact and explain it's position.

#### C. If Your Problem Still Is Not Resolved*

If you can not resolve your warranty problem after following the two steps described on (▷ Page 23) (A), and you live in Arkansas, Idaho, Kentucky or Minnesota ONLY, you can contact the Better Business Bureau AUTO LINE® in your area.

#### D. Notice Under State Lemon Laws

Some states have laws allowing you to get a replacement vehicle or a refund of the vehicle's purchase price under certain circumstances. These laws vary from state to state. If your state law allows, the vehicle warrantor requires that you first notify us in writing of any service difficulty that you may have experienced so that we can have a chance to make any needed repairs before you are eligible for remedies provided by these laws.

In all other states, we ask that you give us written notice of any service difficulty. Send your written notice to the Customer Assistance Center at the address on (▷ Page 24).

* For Customers Residing in Arkansas, Idaho, Kentucky and Minnesota ONLY:
(NOTE: This Process is not available for residents of other states).

## How to Deal with Warranty Problems

**Steps to Take (cont'd)**

**Helpful Addresses and Telephone Numbers**

Here is the address and telephone number of the Customer Assistance Center that can help you wherever you happen to be.

Contact:

Customer Assistance Center
Three Mercedes Drive
Montvale, NJ 07645-0350
1-877-762-8267

## Optional Service Contract

Optional service contracts available through the vehicle distributor offer valuable protection against repair costs when these warranties do not apply. They complement but do not replace the warranty coverages outlined in this booklet. Several plans may be available, covering various time-and-mileage periods. (Service contracts are not available if you live in a U.S. possession or territory.) Ask your authorized Sprinter Dealer for details.

## Maintenance

### General Information

It's your responsibility to properly maintain your new vehicle. Follow the instructions contained in the Maintenance Booklet. Regular, scheduled maintenance is essential to trouble-free operation. If there is a dispute between you and the vehicle warrantor concerning your maintenance of your vehicle, the vehicle warrantor will require you to provide proof that your vehicle was properly maintained.

For your convenience, the vehicle's Maintenance Booklet contains a confirmation section. It is included in the Owner's Literature Package. You should use the maintenance confirmation pages to keep track of scheduled maintenance, either by routinely having the repairs entered in the confirmation pages, or by keeping receipts or other documentation of work you've had done on your vehicle in your Maintenance Booklet.

### Where to Go For Maintenance

The vehicle warrantor recommends that you return to the authorized Sprinter Dealer from whom you bought your vehicle for all maintenance service both during and after the warranty periods. Although you can get warranty service from any dealer who sells your particular make, returning to your selling dealer will help ensure that all your service needs are met and that you're completely satisfied. The dealership technicians are specifically trained to proficiently perform maintenance and repair procedures on your vehicle.

Authorized Sprinter dealers will help ensure that all your service needs are met and that you're completely satisfied. The vehicle warrantor strongly recommends you use Genuine Mercedes-Benz parts to maintain your vehicle.

**Notes**

**Notes**

**Service and Literature**

Reprinting, translation and copying, even
of excerpts, are not permitted without our
prior authorization in writing.

Press time August, 2010

Printed in U. S. A.

**Internet**

For further information please visit
www.mbsprinterusa.com.

**Models**

2500, 3500