Troy M. Yoshino, Bar No. 197850
 tyoshino@cbmlaw.com
Eric J. Knapp, Bar No. 214352
 eknapp@cbmlaw.com
Steven E. Swaney, Bar No. 221437
 sswaney@cbmlaw.com
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:    415.989.5900
Facsimile:    415.989.0932

Attorneys for Defendant
MERCEDES-BENZ U.S.A., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DIGBY ADLER GROUP, LLC, dba BANDAGO LLC, and BENJAMIN ROBLES, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ U.S.A., LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:14-cv-02349 TEH<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT MERCEDES-BENZ USA TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

   By and through their attorneys of record, plaintiffs Digby Adler Group LLC and Benjamin Robles ("Plaintiffs"), on behalf of themselves and all others similarly situated, and defendant Mercedes-Benz USA, LLC ("MBUSA") stipulate and agree as follows:

**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO L.R. 6-2**

   1.   On April 14, 2014, Plaintiff Digby Adler filed this putative class action in San Francisco County Superior Court. MBUSA was served with the summons and complaint on April 21, 2014. On May 21, 2014, MBUSA removed the case from San Francisco County Superior

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF665407-1

Case No. 3:14-cv-02349 TEH

STIPULATION EXTENDING MBUSA'S TIME TO ANSWER THIRD AMENDED COMPLAINT

1  Court to this Court on the basis of diversity jurisdiction under 28 U.S.C. §§ 1331(a)(1) and
2  1331(d)(2)(A).
3      2.    On April 28, 2015, Plaintiff Digby Adler filed a Third Amended Complaint
4  ("TAC") [Dkt. 41].  On May 26, 2015, MBUSA filed a motion to dismiss the TAC [Dkt. 46].
5  Plaintiffs filed a response on June 16, 2015 [Dkt. 50].
6      3.    On September 1, 2015, the Court ruled on MBUSA's motion to dismiss the TAC,
7  granting the motion in part and dismissing it in part [Dkt. 53].  Therefore, pursuant to Fed. R. Civ.
8  P. 12(a)(4), MBUSA's response to the TAC is due September 15, 2015.
9      4.    Plaintiffs have indicated an intent to amend the TAC.  The parties are in the process
10 of discussing issues related to the proposed amendment and how the litigation will proceed, but
11 the operative complaint is likely to be mooted, so the parties now stipulate to an extension of time
12 for MBUSA to respond to the operative complaint.
13     5.    There are no scheduled matters in this case other than the Case Management
14 Conference on September 21, 2015 (which the parties are seeking to continue for 120 days, in a
15 separate filing).  The requested time modification would have no effect on the schedule for the
16 case other than as described herein.
17     WHEREFORE, the parties jointly stipulate and request that the MBUSA's deadline to file
18 its answer to the TAC be extended to December 14, 2015.
19     IT IS SO STIPULATED.

Dated:  September 11, 2015    Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By  *s/Eric J. Knapp*
    Eric J. Knapp
    Attorneys for Defendant
    MERCEDES-BENZ USA, LLC

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF665407-1    -2-    Case No. 3:14-cv-02349 TEH
STIPULATION EXTENDING MBUSA'S TIME TO ANSWER THIRD AMENDED COMPLAINT

1  Dated: September 11, 2015              Respectfully submitted,

2                                         CHAVEZ & GERTLER LLP
3                                         By

4

5                                         _____
                                          Jonathan E. Gertler
6                                         Attorneys for Plaintiffs
                                          DIGBY ADLER GROUP LLC and BENJAMIN
7                                         ROBLES

8  **L.R. 5-1(i)(3) Certification**
   Pursuant to Local Rule 5-1(i)(3), the filer of the document attests that concurrence in the filing of
9  the document has been obtained from each of the other Signatories

10

11

12 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

13

14

15 Dated: _____              By:_____
                                          Thelton E. Henderson
16                                        United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF665407-1                -3-                    Case No. 3:14-cv-02349 TEH
STIPULATION EXTENDING MBUSA'S TIME TO ANSWER THIRD AMENDED COMPLAINT

**DECLARATION OF ERIC J. KNAPP IN SUPPORT OF STIPULATION EXTENDING TIME FOR MBUSA TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

I, Eric J. Knapp, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court and am associated with Carroll, Burdick & McDonough LLP, counsel for Defendant Mercedes-Benz USA, LLC ("MBUSA") in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. On April 14, 2014, Plaintiff filed this putative class action in San Francisco County Superior Court. MBUSA was served with the summons and complaint on April 21, 2014. On May 21, 2014, MBUSA removed the case from San Francisco County Superior Court to this Court on the basis of diversity jurisdiction under 28 U.S.C. §§ 1331(a)(1) and 1331(d)(2)(A).

3. On July 25, 2014, plaintiff filed an amended complaint; MBUSA filed a motion to dismiss the amended complaint on August 25, 2014. *See* Dkt. Nos. 13 and 16. On September 10, 2014, plaintiff filed a second amended complaint (SAC), and the Court granted the parties' stipulated request to dismiss the amended complaint and accept the SAC for filing on September 16, 2014. *See* Dkt. Nos. 20 and 23. On October 20, 2014, MBUSA filed a motion to dismiss the SAC; plaintiff filed an opposition on November 10, 2014; and MBUSA filed its reply on November 24, 2014. *See* Dkt. Nos. 24, 26, and 30. The hearing on the motion was scheduled December 1, 2014. *See* Dkt. No. 24.

4. After MBUSA's motion to dismiss was submitted to the Court, the parties agreed to discuss an individual settlement of this case. Pursuant to that agreement, the parties requested that the hearing on MBUSA's motion to dismiss the SAC be continued to February 23, 2015. Dkt. No. 27. The Court granted the parties' stipulated request on November 25, 2014. Dkt. No. 33.

5. On January 28, 2015, the parties filed a stipulation requesting a further continuance of the hearing on MBUSA's motion to dismiss and the CMC. Dkt. No. 28. The Court granted the parties' stipulated request on the same day, continuing the hearing to April 6, 2015, and the CMC to April 20, 2015. Dkt. No. 35.

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF665407-1   -4-   Case No. 3:14-cv-02349 TEH
STIPULATION EXTENDING MBUSA'S TIME TO ANSWER THIRD AMENDED COMPLAINT

6. The hearing on MBUSA's motion to dismiss the SAC was held on April 6, 2015. On April 7, 2015, the Court granted the motion in part and gave Plaintiff until April 28. 2015, to file an amended complaint.

7. On April 13, 2015, the Court—*sua sponte*—continued the CMC from April 20, 2015, to May 18, 2015.

8. Plaintiff filed a Third Amended Complaint on April 28, 2015, adding a new plaintiff—Benjamin Robles—and five statutory and common-law causes of action that were not contained in the SAC.

9. On May 4, 2015, the parties filed a stipulation setting the briefing schedule regarding MBUSA's motion to dismiss the TAC. Dkt. No. 42. The Court granted the parties stipulation on May 5 and gave MBUSA until May 26 to file a motion to dismiss, the plaintiffs until June 16 to file an opposition, and MBUSA until June 30 to file a reply. Dkt. No. 43. The parties adhered to this schedule in submitting their briefings. *See* Dkt. Nos. 46, 50, and 51.

10. On September 1, 2015, the Court ruled without a hearing on MBUSA's motion to dismiss the TAC, granting the motion in part and dismissing it in part. Dkt. No. 53.

11. Plaintiffs have indicated an intent to amend the TAC. The parties are in the process of discussing issues related to the proposed amendment and how the litigation will proceed, but the operative complaint is likely to be mooted, so the parties now stipulate to an extension of time for MBUSA to respond to the operative complaint.

12. There are no scheduled matters in this case other than the Case Management Conference on September 21, 2015 (which the parties are seeking to continue for 120 days, in a separate filing). The requested time modification would have no effect on the schedule for the case other than as described herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of September 2015 at San Francisco, California.

*s/Eric J. Knapp*
ERIC J. KNAPP

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF665407-1   -5-   Case No. 3:14-cv-02349 TEH
STIPULATION EXTENDING MBUSA'S TIME TO ANSWER THIRD AMENDED COMPLAINT