Troy M. Yoshino, Bar No. 197850
  tyoshino@cbmlaw.com
Eric J. Knapp, Bar No. 214352
  eknapp@cbmlaw.com
Steven E. Swaney, Bar No. 221437
  sswaney@cbmlaw.com
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:     415.989.5900
Facsimile:     415.989.0932

Attorneys for Defendant
MERCEDES-BENZ USA., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DIGBY ADLER GROUP, LLC, dba BANDAGO LLC, and BENJAMIN ROBLES, an individual, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>MERCEDES-BENZ U.S.A., LLC,<br><br>   Defendant. | Case No. 3:14-cv-02349 TEH<br><br>**STIPULATION EXTENDING MERCEDES-BENZ USA'S TIME TO RESPOND TO FOURTH AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE; DECLARATION OF TROY YOSHINO IN SUPPORT** |

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF672029-1

Case No. 3:14-cv-02349 TEH

STIPULATION EXTENDING MBUSA'S TIME TO RESPOND TO FOURTH AMENDED COMPLAINT

By and through their attorneys of record, plaintiffs Digby Adler Group LLC and Benjamin Robles ("Plaintiffs"), on behalf of themselves and all others similarly situated, and defendant Mercedes-Benz USA, LLC ("MBUSA") stipulate and agree as follows:

1. On April 14, 2014, Plaintiff Digby Adler filed this putative class action in San Francisco County Superior Court. MBUSA was served with the summons and complaint on April 21, 2014. On May 21, 2014, MBUSA removed the case from San Francisco County Superior Court to this Court on the basis of diversity jurisdiction under 28 U.S.C. §§ 1331(a)(1) and 1331(d)(2)(A).

2. On April 28, 2015, Plaintiff Digby Adler filed a Third Amended Complaint ("TAC") [Dkt. 41]. On May 26, 2015, MBUSA filed a motion to dismiss the TAC [Dkt. 46]. Plaintiffs filed a response on June 16, 2015 [Dkt. 50]. On September 1, 2015, the Court ruled on MBUSA's motion to dismiss the TAC, granting the motion in part and dismissing it in part [Dkt. 53].

3. On September 15, 2015, the Court granted the Parties' request to extend MBUSA's deadline to file its answer to the TAC until December 14, 2015 [Dkt. 56].

4. On December 11, 2015, the Parties filed a stipulation permitting Plaintiffs to file a Fourth Amended Complaint ("FAC") and requesting an extension of MBUSA's time to respond until 30 days after service of the FAC [Dkt. 58]. Plaintiffs filed and served the FAC on December 14, 2015 [Dkt. 59].

5. On December 15, 2015, the Court granted the Parties' request to extend MBUSA's deadline to file its answer to the FAC until January 13, 2016 [Dkt. 60].

6. The parties continue to make progress in resolving this case, and believe that it would conserve resources and enhance judicial efficiency to devote their attention to these efforts in the immediate future instead of preparing adversarial filings. Accordingly, counsel for the Parties have met and conferred and agree that MBUSA shall have until March 14, 2016 to file its response to the FAC.

7. A Case Management Conference is scheduled in this case for January 25, 2016. For the reasons stated above, the Parties agree that the Case Management Conference should be

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF672029-1    -1-    Case No. 3:14-cv-02349 TEH
STIPULATION EXTENDING MBUSA'S TIME TO RESPOND TO FOURTH AMENDED COMPLAINT

continued until March 21, 2016.

8. There are no other scheduled matters in this case. The requested time modification would have no effect on the schedule for the case other than as described herein.

IT IS SO STIPULATED.

Dated: January 7, 2016              Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By     /s/ Troy Yoshino
Troy M. Yoshino
Attorneys for Defendant
MERCEDES-BENZ USA, LLC

Dated: January 7, 2016              Respectfully submitted,

THE VEEN FIRM, P.C.
CHAVEZ & GERTLER LLP

By     /s/ Dan Gildor
Dan L. Gildor
Attorneys for Plaintiff and the Proposed Class and Subclasses

**L.R. 5-1(i)(3) Certification**
Pursuant to Local Rule 5-1(i)(3), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 01/11/2016                   By: /s/ Thelton E. Henderson
Thelton E. Henderson
United States District Judge

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF672029-1     -2-     Case No. 3:14-cv-02349 TEH
DECLARATION OF TROY YOSHINO ISO STIPULATION EXTENDING
MBUSA'S TIME TO RESPOND TO FOURTH AMENDED COMPLAINT