ANTHONY L. LABEL, NO. 205920
STEVEN A. KRONENBERG, NO. 215541
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
AL.Team@VeenFirm.com

ATTORNEYS FOR PLAINTIFF
DIGBY ADLER GROUP, LLC dba BANDAGO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DIGBY ADLER GROUP, LLC dba BANDAGO LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ U.S.A., LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-02349 TEH<br>Hon. Thelton E. Henderson<br><br>**STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff DIGBY ADLER GROUP, LLC dba BANDAGO LLC, and Defendant MERCEDES-BENZ U.S.A., LLC, by and through their counsel of record, hereby stipulate to dismiss the individual claims of Plaintiff DIGBY ADLER GROUP, LLC dba BANDAGO LLC against all Defendants, alone, with prejudice. No other claims are hereby dismissed.

//
//
//
//
//

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-1-

STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

|  |  |  |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | DATED: January 12, 2016 | THE VEEN FIRM, P.C. |

By: /s/ *Anthony L. Label*
    Anthony L. Label

Anthony L. Label, No. 205920
Steven A. Kronenberg, No. 215541
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Telephone: (415) 673-4800

*Attorneys for Plaintiff DIGBY ADLER GROUP, LLC dba BANDAGO LLC*

DATED: January 12, 2016      CARROLL, BURDICK & MCDONOUGH LLP

By: /s/ *Troy M. Yoshino*
    Troy M. Yoshino

Troy M. Yoshino, Esq.
Eric J. Knapp, Esq.
Steven E. Swaney, Esq.
CARROLL, BURDICK & MCDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Tel: (415) 989-5900

*Attorneys for Defendant MERCEDES-BENZ U.S.A., LLC*

444221_1.docx

STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over 18 years of age and not a party to this action. My business address is The Veen Firm, P.C., 711 Van Ness Avenue, Suite 220, San Francisco, California 94102.

On the date below I served a true copy of the following document(s):

**STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

on the interested parties to said action by the following means:

☐ **(BY MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **(BY E-MAIL or ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Troy M. Yoshino, Esq.<br>Eric J. Knapp, Esq.<br>Steven E. Swaney, Esq.<br>Carroll, Burdick & McDonough LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 | *Attorneys for Defendant MERCEDES-BENZ U.S.A., LLC*<br>Tel: (415) 989-5900<br>Fax: (415) 989-0932<br>tyoshino@cbmlaw.com<br>eknapp@cbmlaw.com<br>sswaney@cbmlaw.com |
| Jonathan E. Gertler, Esq.<br>Dan L. Gildor, Esq.<br>Samuel P. Cheadle, Esq.<br>Chavez & Gertler LLP<br>42 Miller Avenue<br>Mill Valley, CA 94941 | *Attorneys for Plaintiff*<br>Tel: (415) 381-5599<br>Fax: (415) 381-5572<br>jon@chavezgertler.com<br>dan@chavezgertler.com<br>sam@chavezgertler.com |

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

DATED: January 13, 2016

*/s/ Margo Banowicz*
Margo Banowicz

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com