UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIGBY ADLER GROUP, LLC, et al.,

Plaintiffs,

v.

MERCEDES-BENZ U.S.A., LLC,

Defendant.

Case No. 14-cv-02349-TEH

**JUDGMENT AND DISMISSAL WITH PREJUDICE**

For the reasons set forth in the Order Granting Motions for Final Approval of Class Action Settlement and for Attorneys' Fees and Costs entered on August 29, 2016, all claims against defendant Mercedes-Benz USA, LLC are DISMISSED WITH PREJUDICE as to the Plaintiff and as to all Settlement Class Members not opting out of this Settlement. Each Settlement Class Member not opting out of the Settlement to this action shall be deemed to have granted Released Parties as defined in section 6.1 of the Settlement Agreement a release of claims in accordance with sections 1.18 and 6.1-6.9 of the Settlement Agreement. The Court shall retain jurisdiction over the parties to interpret, implement and enforce this judgment and the final approval order.

The Clerk is directed to enter this Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: 08/30/16

_____

THELTON E. HENDERSON
United States District Judge